# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-03433-SVW-AFM | Date | April 25, 2023 |
|---|---|---|---|
| Title | Encompass Insurance Company v. DOE Defendants 1-3 | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

The Court having been advised by the parties that the above-entitled action has been settled, orders this action is dismissed, without prejudice.

All previously set dates are vacated and off-calendar.

Initials of Preparer     PMC